**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AR and KR, on behalf of MR,

                Plaintiffs,

-against-

KATONAH LEWISBORO UNION FREE
SCHOOL DISTRICT,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/19

18 **CIVIL** 9938 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 21, 2019, Plaintiffs' Motion for Summary Judgment is denied, and Defendant's Cross Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
         November 22, 2019

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

                **BY:**

                                            **Deputy Clerk**